JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEASNA VONG, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LAZY DOG RESTAURANTS, LLC,<br><br>Defendant. | **Case No. 2:20-cv-11476-MWF-KS**<br><br>**ORDER TO DISMISS ACTION PURSUANT TO F.R.C.P. 41** |

Pursuant to the parties' Stipulation Of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The action is dismissed with prejudice, and without costs or fees, as to plaintiff Veasna Vong.  The action is dismissed without prejudice, and without costs or fees, as to any other person who could have been a member of the class alleged in the Complaint.

**IT IS SO ORDERED.**

Dated:  March 5, 2021

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

-1-